427 A.2d 623

**COMMONWEALTH of Pennsylvania**

v.

**Gordon I. WADE, Appellant.**

Supreme Court of Pennsylvania.

Argued March 6, 1981.

Decided April 15, 1981.

Richard H. Martin, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Kathryn L. Simpson, Asst. Dist. Atty., Stella Smitanka, Pittsburgh, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Judgment of Sentence of the Court of Common Pleas of Allegheny County is affirmed.

FLAHERTY, J., did not participate in the consideration or decision of this case.